

**Secure Online Safety**

Shop Online Here or Contact Us at 1-800-410-6580

| | | |
|---|---|---|
| **Store Home Page**<br><br>**Hensley Arrow Hitch**<br><br>**McKesh Mirrors**<br><br>**TruControl Brake Controller**<br><br>**Towing Accessories**<br><br>**Hensley Arrow Parts/Accessories**<br><br>**McKesh Mirror Parts** | **You asked for it, we have it!!!**<br><br>**The Ultimate Tire Chock**<br><br><br><br>Keep your tandem trailer wheels stable and secure. Insert "The Ultimate Tire Chock" between your tires and apply an opposing force to each tire for maximum stability while parked. Needs at least 2-1/2" between the tires and will extend up to 10". Lightweight and easy to store.<br><br>Regular Price $60.00 - **On sale now for $42.00**<br><br>[ + Add To Shopping Cart ] | **LIVE Support is ONLINE Chat with us now**<br><br>**FAQ's**<br><br>**Privacy and Security**<br><br> |

All products not otherwise covered by a warranty are returnable for a refund of the purchase price if returned within 30 days in new unused condition.
Store Home - Hensley Arrow Home - Trailer Saver 5th Wheel Home - Tru-Control Brake Control Home - McKesh Mirror Home
Click here for information on Web Site Security and Privacy -© 1999-2007 Hensley Mfg., Inc. 1097 S. State Rd., Davison, MI 48423
1-800-410-6580 - All pricing listed on this site subject to change
Home - Free Video - RV Shows - Trailer Sway Control - TruControl Brake Control - Trailer Saver 5th Wheel Hitch - Hitch Accessories - Towing Mirrors - About Us - Trailer Hitch Accessories
Resource Center - Testimonials

**PLAINTIFF'S EXHIBIT**
D
ALL-STATE® INTERNATIONAL